**STARK & STARK**
A Professional Corporation
Attn: Thomas Onder, Esq.
993 Lenox Drive, Bldg. 2
P.O. Box 5315
Princeton, New Jersey 08543-5315
(609) 896-9060
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DISPLAY POINTS GROUP, INC., dba DISPLAY POINTS NETWORK, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DC MEDIA & MARKETING dba DC SALES, INC., a Nevada corporation,<br><br>Defendant, | **CIVIL ACTION NO. 12-06563 (TPG)**<br><br>*Civil Action*<br><br>**APPLICATION FOR ENTRY OF FINAL JUDGMENT BY DEFAULT**<br>**[Federal Civil Rule 55(b)(1)]** |

TO: SERVICE LIST

**PLEASE TAKE NOTICE** that Application is hereby made for a Clerk's Order for entry of Final Judgment by Default pursuant to Federal Rule of Civil Procedure 55(b)(1) against Defendant, DC Media & Marketing dba DC Sales, Inc., a Nevada corporation and Plaintiff Display Points Group, Inc., dba Display Points Network, a Delaware corporation, through its undersigned attorneys, Stark & Stark, PC and Defendant failed to file an answer to the complaint and request to enter was default was filed on October 10, 2013.

**PLEASE TAKE FURTHER NOTICE** that the basis for the Application is Defendant's failure to file an answer to the complaint and failure to pay all sums due and owing on a commercial lease.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543

**PLEASE TAKE FURTHER NOTICE** in support of this Application, counsel will rely upon the attached Affidavits annexed hereto. A proposed form of Order is attached.

>STARK & STARK
>A Professional Corporation
>
>By: /s/ Thomas Onder
>    THOMAS ONDER

Dated: November 7, 2013

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543

-2-