# EXHIBIT K

**EXECUTIVE SUMMARY**

### Display Points
### Projected Income Statements
### Years 1 -3

| | Projected Year End 1 | Projected Year End 2 | Projected Year End 3 | 3 Year Total |
|---|---|---|---|---|
| **Total Locations** | 2,000 | 5,000 | 8,000 | 8,000 |
| **Total Number of Units:** | 37,500 | 112,500 | 187,500 | 187,500 |
| | | | | |
| Ad Revenue | $ 45,000,000 | $ 270,000,000 | $ 468,000,000 | $ 783,000,002 |
| **Total Revenues** | 45,000,000 | 270,000,000 | 468,000,000 | $ 783,000,002 |
| | | | | |
| **Cost of Sales:** | | | | |
| Commissions | 5,625,000 | 33,750,000 | 58,500,000 | 97,875,000 |
| Ad Commission | 5,625,000 | 33,750,000 | 58,500,000 | 97,875,000 |
| Installation Costs | 1,000,000 | 1,500,000 | 1,500,000 | 4,000,000 |
| **Total Cost of Sales** | 12,250,000 | 69,000,000 | 118,500,000 | 199,750,001 |
| | | | | |
| **Gross Profit** | 32,750,000 | 201,000,000 | 349,500,000 | 583,250,001 |
| | | | | |
| **Operating Expenses:** | | | | |
| Sales & Marketing | 36,000 | 748,000 | 916,160 | 1,700,160 |
| Salaries & Benefits | 718,313 | 2,809,665 | 3,693,165 | 7,221,142 |
| General & Administrative | 3,006,460 | 14,216,984 | 24,144,297 | 41,367,741 |
| **Total Operating Expenses** | 3,760,773 | 17,774,649 | 28,753,622 | 50,289,044 |
| | | | | |
| **Operating Income (Loss)** | 28,989,227 | 183,225,351 | 320,746,378 | 532,960,958 |
| | | | | |
| **Other Income/(Expenses):** | | | | |
| Other Income/(Expense), Net | - | - | - | |
| Venue Fees | (350,000) | (2,500,000) | (3,000,000) | (5,850,000) |
| Depreciation & Amortization | (5,437,883) | (12,112,350) | (19,021,617) | (36,571,850) |
| Interest Income/(Expense), Net | - | - | - | - |
| | | | | |
| **Earnings/(Loss) Before Income Taxes** | 23,121,344 | 168,613,001 | 298,724,761 | 490,459,107 |
| | | | | |
| **Income Taxes** | (8,067,970) | (59,014,550) | (104,553,667) | (171,636,188) |
| | | | | |
| **Net Income/(Loss)** | 15,053,374 | 109,598,451 | 194,171,095 | 318,822,920 |

**INTEREST RATE**

| Interest Rate Calculation | | | |
|---|---|---|---|
| | | | |
| $        250,000 | | | |
| From 4/1/12 to 10/28/13 | | | |
| Interest Rate of 5.25% (Prime plus 2%) | | | |
| Daily Simple Interest Rate | | 0.0000890410959 | |
| | | | |
| Interest Due | | $ 12,821.92 | |