**STARK & STARK**
A Professional Corporation
Attn: Thomas Onder, Esq.
993 Lenox Drive, Bldg. 2
P.O. Box 5315
Princeton, New Jersey 08543-5315
(609) 896-9060
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DISPLAY POINTS GROUP, INC., dba DISPLAY POINTS NETWORK, a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DC MEDIA & MARKETING dba DC SALES, INC., a Nevada corporation,<br><br>　　　　Defendant, | CIVIL ACTION NO. 12-06563 (TPG)<br><br>*Civil Action*<br><br>**AFFIRMATION OF THOMAS S. ONDER IN SUPPORT OF MOTION FOR ENTRY OF FINAL JUDGMENT BY DEFAULT ON BEHALF OF DISPLAY POINTS GROUP, INC.**<br>**[Federal Civil Rule 55(b)(1)]** |

I, Thomas S. Onder, do affirm and say:

1. I am a Shareholder with the law firm of Stark & Stark, PC, counsel to Plaintiff, Display Points Group, Inc., dba Display Points Network, a Delaware corporation. I make this affirmation based upon my personal knowledge and review of the file.

2. On October 10, 2013, a request to enter default was filed against the Plaintiff, for failure to answer the counterclaim filed by the Defendant.

3. As of November 4, 2013, Plaintiff has incurred **$45,293.54** in attorneys' fees and costs, as set forth in the itemized annexed exhibits. A true and correct copy of Stark & Stark's billing detail is attached as Exhibit "A".

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543

-2-

4.  Pursuant to the Affirmation of David A. Hazzard, submitted herewith the Defendant is responsible for all costs, including attorneys' fees incurred. The attorneys' fees and costs may increase if the instant motion is opposed or if additional work is required on this matter.

I affirm that the foregoing statements made herein are true.  I am aware that if any of the statements made herein are willfully false, I am subject to punishment.

                                              /S/ Thomas S. Onder
                                              THOMAS S. ONDER

Dated:  November 7, 2013

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543

-2-